

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00326-CV

Yvonne **HARRISON**,
Appellant

v.

**HEARD & SMITH, L.L.P.**, John R. Heard, Mark S. Smith, and Kristen Smith,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2024CI04203
Honorable Monique Diaz, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE WATKINS, AND JUSTICE BRISSETTE

In accordance with this court's opinion of this date, the trial court's April 18, 2024 Order on Defendants' Motion to Dismiss is AFFIRMED. We order that no costs of appeal be assessed against appellant because she qualifies as indigent under Texas Rule of Appellate Procedure 20.

SIGNED October 30, 2024.

_____
Beth Watkins, Justice